BAIRD, WILLIAMS & GREER, L.L.P.
6225 NORTH 24TH STREET, SUITE 125
PHOENIX, ARIZONA 85016
TELEPHONE (602) 256-9400

Daniel B. Mestaz (024477)
dmestaz@bwglaw.net
Attorneys for defendants Dual Path, LLC
and Eric Markow

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Jason Zandonatti, a single man, and Fiberstream, LLC, an Arizona limited liability company | No.   CV16-04052-PHX-ROS |
| Plaintiffs, | **Motion to Dismiss Second and Third Claims of Complaint [Fed. R. Civ. Proc. 12(b)(1), (6)]** |
| vs. | |
| Dual Path, LLC, an Arizona limited liability company, Eric Markow, a married man, and David Goodman, an individual | |
| Defendant. | |

Pursuant to Rules 12(b)(1) and 12(6) of the Federal Rules of Civil Procedure, defendants Dual Path, LLC and Eric Markow move to dismiss the second and third claims of plaintiffs' complaint, on the grounds that the court lacks subject matter jurisdiction (count two) and plaintiffs have failed to state a claim upon which relief can be granted (counts two and three).

As to the second claim for trademark infringement, under 15 U.S.C. § 1114(1)(a), plaintiff Anthony Zandonatti lacks standing and has failed to state a claim because the alleged trademark is not registered.

As to the third claim for unfair competition, under 15 U.S.C. § 1125(a), plaintiffs have failed to state a claim because the allegedly infringing website (www.anthonyjason.info) is used noncommercially and could not mislead consumers about the source of plaintiffs' services, and also because plaintiff Anthony Zandonatti's name and alias (Anthony Jason) are not trademarks.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

Dual Path installs and manages wireless internet networks for apartment complexes. Dual Path and its owner, Eric Markow, fired the plaintiff, convicted felon and mortgage fraudster Anthony Zandonatti. Mr. Zandonatti then started his own competing wireless internet company, Fiberstream, while registering Dual Path's logo and trademark as his own. The parties are on the eve of a January trial in state court regarding Dual Path ownership.

Mr. Zandonatti has now conceded Mr. Markow's ownership of Dual Path by suing Dual Path and Mr. Markow for copyright and trademark infringement in this court. The infringement claims are that Dual Path used the "Dual Path" logo and trademark, in violation of a vague "license" agreement, under which Dual Path had supposedly promised him equity in return for its license to use the Dual Path IP. As meritless as those claims are, the first claim for copyright infringement may be more appropriate for summary judgment.

Mr. Zandonatti's second claim for trademark infringement, however, fails at the outset because it alleges infringement under 15 U.S.C. § 1114(1)(a), which requires a federally registered trademark. The attached judicially noticeable records of the U.S. Patent and Trademark Office show that the trademark is not registered. Exhibit ("Ex.") A. Hence, he has no standing and the claim must be dismissed for lack subject matter jurisdiction and the failure to state a claim for relief.

In the third claim for unfair competition under the Lanham Act, plaintiffs allege that the defendants created and use a website—www.anthonyjason.info—that uses their trademarks to unfairly compete with Mr. Zandonatti's Fiberstream business. The attached judicially noticeable website pages (ex. B), however, prove this claim meritless because the website is not used commercially and could not possibly confuse consumers as to the source of plaintiffs' services.

The website is merely one page that asks if anyone has "been pitched by Anthony Zandonatti," and links to his linkedin web page and to articles on his mortgage fraud conviction. It is not a commercial website. It does not offer any goods or services. The website does not even mention Dual Path or Eric Markow, much less link to the Dual Path website or try to pass of Fiberstream's services as its own. It is inconceivable that any consumer would mistakenly buy Dual

Path services in the mistaken belief that it is buying Fiberstream services. As a matter of law, the third claim for relief fails to state a claim because it does not allege a cognizable competitive injury under the Lanham Act.

**II. PLAINTIFF ZANDONATTI LACKS STANDING TO BRING THE SECOND CLAIM FOR TRADEMARK INFRINGEMENT (15 U.S.C. § 1114(1)(a)), AND HAS FAILED TO STATE A CLAIM FOR RELIEF, BECAUSE THE TRADEMARK IS NOT REGISTERED**

A federal court lacks subject matter jurisdiction if the plaintiff does not "have standing to bring the matter." *FW/PBS, Inc. v. City of Dallas*, 493 U.S. 215, 231, 110 S. Ct. 596, 107 L. Ed. 2d 603 (1990), holding modified on other ground by *City of Littleton, Colo. v. Z.J. Gifts D-4, L.L.C.*, 541 U.S. 774, 124 S. Ct. 2219, 159 L. Ed. 2d 84 (2004). Standing is not inferred from the pleadings but must be affirmatively alleged with facts. *Id. See also* Fed. R. Civ. Proc. 12(b)(1) (dismissal for lack of subject matter jurisdiction).

Zandonatti lacks standing to sue for trademark infringement under 15 U.S.C. § 1114(1)(a) because the alleged Dual Path trademark is not registered. 15 U.S.C. § 1114(1)(a) (prohibiting the infringing "use . . . of a registered mark . . .") In other words, he has no standing because he is not the registered owner. *Ahmed v. Hosting.Com*, 28 F. Supp. 3d 82, 87 (D. Mass. 2014) ("Ownership interest, relevant for registered trademarks, has been interpreted to limit standing only to registered owners or exclusive licensees of a trademark. . . . Under section 1114, the allegedly infringed mark must be registered in the USPTO). 15 U.S.C. § 1114 (describing the liability for infringing a 'registered mark'). . . *See* 15 U.S.C. § 1127 defining "registered mark" as "a mark registered in the United States Patent and Trademark Office")") (citations omitted).

Although Zandonatti refers to the trademark as "registered," the only factual allegation is that he applied for registration. Complaint, ¶ 15. And the U.S. Patent and Trademark Office records confirm that he merely filed an application that is now pending and may never lead to registration. Request for Judicial Notice ("RJN"), ¶ 1 (USPTO application and responsive office action letter, attached as Exhibit A hereto) (Zandonatti's application is pending, and requires his response and a decision by the USPTO); *id.*, (office action letter), at p. 2, ¶ 2 ("If applicant does not respond to this Office action within six months of the issue/mailing date, or responds by expressly abandoning the

application, the application process will end and the trademark will fail to register."); *id.*, ¶ 2 (as of date of filing this motion, there has been no registration of Dual Path trademark).

Zandonatti's pending application does not give him a registered trademark. *Ahmed*, 28 F. Supp. 2d at 88 ("The claims of ownership in the United States . . . are based solely on trademark applications filed by Axact . . . A trademark application . . . does not by itself confer any ownership rights.")

The court must take judicial notice of the attached USPTO records and absence of any registration on the USPTO website, which control over plaintiff's legal conclusions of ownership. FED. R. EVID. 201(b), (c); *Ahmed*, 28 F. Supp. 3d at 87 (based on judicial notice of USPTO "office action" letters, court dismissed trademark infringement claim under section 1114(1)(a) because marks were not registered); *Pollution Denim & Co v. Pollution Clothing Co.*, 547 F. Supp. 2d 1132, 1135, fn. 11 (C.D. Cal. 2007) (court took judicial notice of "facts from online records" of USPTO, including from trademark application and the absence of an amendment); *Mack v. South Bay Beer Distributors, Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986) ("on a motion to dismiss a court may properly look beyond the complaint to matters of public record and doing so does not convert a Rule 12(b)(6) motion to one for summary judgment.")

Similarly, because section 1114(a) does not apply to unregistered trademarks, plaintiff has failed to state a claim for relief. FED. R. CIV. PROC. 12(b)(6).

## III. THE THIRD CLAIM FOR UNFAIR COMPETITION (15 U.S.C. § 1125(a)) FAILS TO STATE A CLAIM FOR RELIEF

**A.** **The Allegedly Infringing Website Is Noncommercial and Could Not Confuse Consumers About The Source of Plaintiffs' Services; Hence, There Is No Cognizable Competitive Injury.**

The third claim for relief is that defendants created and use a website —www.anthonyjason.info—that uses plaintiffs' trademarks to unfairly compete; i.e., "Fiberstream" (Zandonatti's competing business), "Anthony Zandonatti," and "Anthony Jason" (Zandonatti's alias). Complaint, ¶¶ 19, 29-32. Plaintiffs' legal conclusions are that the website: (i) is used for commercial marketing, (ii) is likely to cause confusion as to defendants' affiliation with Fiberstream or the source of goods or services; and (iii) misrepresents Markow's goods or services. *Id.*, at ¶¶ 30-31.

This claim should be dismissed because the website allegedly using plaintiffs' trademarks is clearly noncommercial and unlikely to confuse consumers about the source of their services. *Bosley Med. Inst., Inc. v. Kremer*, 403 F.3d 672 (9th Cir. 2005); *Hy Cite Corp. v. Badbusinessbureau*, 418 F. Supp. 2d 1142, 1151-53 (D. Ariz. 2005).Ibid; RJN, ¶ 3; Ex. B, hereto (printouts of entire www.anthonyjason.info website, including the single web page and all attachment web pages).

In *Bosley*, the defendant purchased the domain name "www.bosleymedical.com," a trademark, and used that website to criticize plaintiff's business practices and attach government investigative findings. The court upheld judgment for the defendant on the Lanham Act unfair competition claim because the website was noncommercial and was not likely to confuse consumers about the source of any Bosley Medical goods or services. *Bosley*, 403 F.3d at 675-80. Indeed, the defendant "earns no revenue from the website and no goods or services are sold on the website. There are no links to any of Bosley's competitors' websites." *Id.*, at 675. Nor would a potential customer ever "mistakenly purchase a hair replacement service from [defendant] under the belief that the service is being offered by Bosley." *Id.*, at 680. In short, the use of the trademark had nothing whatsoever to do with the purpose of the Lanham Act: to protect the ability of consumers to distinguish among competitors:

> The Supreme Court has made it clear that trademark infringement law prevents only unauthorized uses of a trademark in connection with a commercial transaction in which the trademark is being used to confuse potential consumers. *See Prestonettes, Inc. v. Coty*, 264 U.S. 359, 368, 68 L. Ed. 731, 44 S. Ct. 350, 1924 Dec. Comm'r Pat. 508 (1924) ("A trademark only gives the right to prohibit the use of it so far as to protect the owner's good will against *the sale of another's product as his*." . . . *see also Mishawaka Rubber & Woolen Mfg. Co. v. S.S. Kresge Co.*, 316 U.S. 203, 205, 86 L. Ed. 1381, 62 S. Ct. 1022, 1942 Dec. Comm'r Pat. 767 (1942) (explaining that the main purpose of the Lanham Act is to prevent the use of identical or similar marks in a way that confuses the public about the actual source of goods and services).As the Second Circuit held, "the Lanham Act seeks to prevent consumer confusion that enables a seller to pass off his goods as the goods of another . . . . Trademark infringement protects only against mistaken purchasing decisions and not against confusion generally." *Lang v. Ret. Living Publ'g Co., Inc.*, 949 F.2d 576, 582-83 (2d Cir. 1991) (internal quotation marks and citation omitted) (emphasis added).

*Id.*, at 676-77 (emphasis added by court). *See also Hy Cite Corp.*, 418 F.Supp. 2d at 1151-53 (following *Bosley*, court granted motion to dismiss under Rule 12(b)(6) because website was

1   noncommercial and not likely to confuse consumers; "in this case no one will mistakenly purchase
2   cookware or dinnerware from Defendants in the mistaken belief that it is Plaintiffs cookware or
3   dinnerware. The criticism of Plaintiffs business appearing on Defendants' website is not a
4   competitive injury actionable under the Lanham Act.")

5          As in *Bosley* and *Hy Cite Corp.*, the www.anthonyjason.info website—which the court can
6   and should consider on this motion to dismiss—is clearly noncommercial and not likely to confuse
7   consumers about Fiberstream's goods or services. RJN, ¶ 3; Ex. B hereto (all web pages);
8   *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998 (9th Cir. 2010) (on rule 12(b)(6) motion to
9   dismiss, the court may consider documents attached to motion and not in complaint if the complaint
10  refers to the document, the document is central to the claim, and there are no authenticity questions);
11  *Pollstar v. Gigmania Ltd.*, 170 F. Supp. 2d 974, 978 (E.D. Cal. 2000) (on Rule 12(b)(6) motion to
12  dismiss, court took judicial notice of web pages from website alleged in complaint); *Wible v. Aetna*
13  *Life Ins. Co.*, 375 F. Supp. 2d 956, 965-66 (C.D. Cal. 2005) (court took judicial notice of Amazon
14  web page under Rule 201(b)).

15         The www.anthonyjason.info website is nothing more than one web page that asks a single
16  question—"Have you been pitched by Anthony Jason (aka Anthony Zandonatti) or
17  Fiberstream?"—and accurately links to Mr. Zandonatti's linkedin page and articles on his mortgage
18  fraud conviction. Ex. B. Defendants make no revenue from it. It does not even mention Dual Path
19  or Eric Markow. No potential consumer would mistakenly purchase services from Dual Path or Eric
20  Markow in the mistaken belief that it is purchasing Fiberstream's services. The website does not
21  even make that possible. Nor would anyone believe that Anthony Zandonatti sponsored a website
22  that links to his own felony record.

23         Accordingly, there is no viable claim for Lanham Act unfair competition. *Ibid*.; *see also*
24  *Lamparello v. Falwell*, 420 F.3d 309 (4th Cir. 2005)(cert denied, 126 S. Ct. 1772, 164 L.Ed. 2d 516
25  (2006)) (www.fallwell.com website that criticized Jerry Fallwell did not violate Lanham Act
26  because "no one seeking Reverend Falwell's guidance would be misled by the domain name --
27  www.fallwell.com -- into believing Reverend Falwell authorized the content of that website. No one

28

1  would believe that Reverend Falwell sponsored a site criticizing himself, his positions, and his

2  interpretations of the Bible.")

3      The irony is that Dual Path would be within its rights to profit from the nominative fair use

4  of the names "Fiberstream" and "Anthony Zandonatti" on its own website. *See, e.g., Toyota Motor*

5  *Sales, U.S.A., Inc. v. Tabari*, 610 F.3d 1171, 1175-76 (9th Cir. 2010). Nominative fair use is when

6  someone describes their business or product by reference to another's trademark, without confusing

7  anyone about the source (*id.*):  *e.g.*, a car dealer describing itself as a "licensed Lexus dealer," or a

8  model marketing herself as a former "Playboy Playmate of the year," or a cereal touting a lower sugar

9  content than "Wheaties." Dual Path, for example, could market itself by comparing its non-felon

10  principal (Eric Markow) to the principals of alleged competitor Fiberstream (felon Anthony

11  Zandonatti), with the phrase: "Unlike our competitor Fiberstream, owned by convicted felon

12  Anthony Zandonatti, our people have clean criminal records!" That is not what Dual Path has done,

13  nor is it the claim here. But it illustrates just how meritless plaintiff's Lanham Act claim really is.

14      Nothing about the website could ever violate the Lanham Act. Hence, the third claim for

15  relief is incurable and leave to amend should be denied. *Best Western Int'l, Inc. v. Doe*, 2006 U.S.

16  Dist. LEXIS 77942, *5-9, 2006 WL 2091695 (D. Ariz.) (motion to dismiss granted, leave to amend

17  denied as futile, because noncommercial use defect was incurable).

18  **B.    The Use of the Personal Name "Anthony Zandonatti" and Zandonatti's Alias,**
    **"Anthony Jason," Are Not Trademarks Subject to Lanham Act Protection**.

19

20      Mr. Zandonatti's claims fail for the additional reason that personal names—such as "Anthony

21  Zandonatti" or his alias "Anthony Jason"—are not trademarks subject to protection under the

22  Lanham Act. *HER, Inc. v. RE/MAX First Choice, LLC*, 468 F.Supp. 2d 964, 972 (E.D. Oh. 2007)

23  ("[P]ersonal names ordinarily are not protected . . .  [unless] there is proof that the names have

24  attained secondary meaning, i.e.,a 'long association of the [personal] name with the business . . .

25  [making] the name and the business become synonymous in the public mind . . .'")

26                              **IV.  CONCLUSION**

27      Plaintiff's second claim for trademark infringement, under 15 U.S.C. § 1114(1)(a), fails as

28  a matter of law because section 1114 protects only registered trademarks. The USPTO records that

the court must consider on this motion to dismiss prove that it is not registered. Plaintiff has no standing and has failed to state a claim for relief.

The third claim for unfair competition under the Lanham Act fails because it is not a commercial website. It simply and truthfully links to articles about Mr. Zandonatti's criminal conviction. It does not even mention Dual Path or Eric Markow. Nobody would see the website and confuse Fiberstream's services with Dual Path's services. This claim is incurable and leave to amend should be denied.

Dated this 21st day of December 2016.

Daniel B. Mestaz
*Baird, Williams & Greer, LLP*
6225 North 24th Street, Suite 125
Phoenix, Arizona 85016
Attorneys for plaintiff

Original eFiled with the ECF
filing system this 21st day of
December, 2016

and copies served hand-delivery
this same day to:

Ian D. Quinn
QuinnLaw PLLC
2415 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
Attorneys for defendants/counterclaimants
iquinn@quinnlawnet.com

and copies served via
mail this same day to:

Ernest Leonard
Friedman & Feiger, LLP
5301 Spring Valley Road, Suite 200
Dallas, Texas 75254
Attorneys for defendants/counterclaimants
eleonard@fflawoffice.com

Exhibit A



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Dec 21 03:24:07 EST 2016*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

| Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# DUAL PATH

| **Word Mark** | DUAL PATH |
|---|---|
| **Goods and Services** | IC 038. US 100 101 104. G & S: provisioning and servicing wireless technology in the multifamily dwellings industry, namely, providing multiple user wireless access to the internet. FIRST USE: 20150101. FIRST USE IN COMMERCE: 20150101 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87099279 |
| **Filing Date** | July 11, 2016 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Zandonatti, Anthony Jason INDIVIDUAL UNITED STATES 1728 E. Evans Dr. Phoenix ARIZONA 85022 |
| **Attorney of Record** | Scott T. Griggs |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Generated on:** This page was generated by TSDR on 2016-12-21 12:48:46 EST

**Mark:** DUAL PATH

# DUAL PATH

**US Serial Number:** 87099279

**Application Filing Date:** Jul. 11, 2016

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Oct. 21, 2016

## Mark Information

**Mark Literal Elements:** DUAL PATH

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** provisioning and servicing wireless technology in the multifamily dwellings industry, namely, providing multiple user wireless access to the internet

**International Class(es):** 038 - Primary Class

**U.S Class(es):** 100, 101, 104

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jan. 01, 2015

**Use in Commerce:** Jan. 01, 2015

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Zandonatti, Anthony Jason

| | |
|---|---|
| **Owner Address:** | 1728 E. Evans Dr.<br>Phoenix, ARIZONA UNITED STATES 85022 |
| **Legal Entity Type:** INDIVIDUAL | **Citizenship:** UNITED STATES |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Scott T. Griggs | **Docket Number:** | 1338.1001 |
| **Attorney Primary Email Address:** | scott@griggslaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | SCOTT T. GRIGGS<br>GRIGGS BERGEN LLP<br>12900 PRESTON ROAD<br>SUITE 204<br>DALLAS, TEXAS UNITED STATES 75230 |
| **Phone:** 214.653.2400 | **Fax:** 214.653.2401 |
| **Correspondent e-mail:** scott@griggslaw.com maria@griggslaw.com | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 21, 2016 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 21, 2016 | NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 21, 2016 | NON-FINAL ACTION WRITTEN | 91237 |
| Oct. 19, 2016 | ASSIGNED TO EXAMINER | 91237 |
| Jul. 15, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jul. 14, 2016 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information

| | | | |
|---|---|---|---|
| **TM Attorney:** | COGAN, BRITTNEY LORRAI | **Law Office Assigned:** | LAW OFFICE 114 |

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | TMO LAW OFFICE 114 - EXAMINING ATTORNEY ASSIGNED | **Date in Location:** | Oct. 21, 2016 |

| To: | Zandonatti, Anthony Jason (scott@griggslaw.com) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 87099279 - DUAL PATH - 1338.1001 |
| Sent: | 10/21/2016 8:55:29 PM |
| Sent As: | ECOM114@USPTO.GOV |
| Attachments: | |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION SERIAL NO.** 87099279

**MARK:** DUAL PATH

**CORRESPONDENT ADDRESS:**
  SCOTT T. GRIGGS
  GRIGGS BERGEN LLP
  12900 PRESTON ROAD
  SUITE 204
  DALLAS, TX 75230

**APPLICANT:** Zandonatti, Anthony Jason

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
  1338.1001

**CORRESPONDENT E-MAIL ADDRESS:**
  scott@griggslaw.com

**\*87099279\***

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

VIEW YOUR APPLICATION FILE

## OFFICE ACTION

### STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.

**ISSUE/MAILING DATE: 10/21/2016**

The referenced application has been reviewed by the assigned trademark examining attorney.  Applicant must respond timely and completely to the issue(s) below.  15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

The trademark examining attorney has searched the Office's  database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d).  TMEP §704.02; *see* 15 U.S.C. §1052(d).

**EXPLANATION OF MARK'S SIGNIFICANCE REQUIRED**

Applicant must specify whether the wording "DUAL PATH" has any significance in applicant's trade or industry or as applied to the goods and/or services described in the application, or if such wording is a "term of art" within applicant's industry.   *See* 37 C.F.R. §2.61(b); TMEP §814.

Further, applicant must provide additional information about this wording to enable proper examination of the application.  Specifically, applicant must respond to the following questions:

- Do applicant's services include dual path monitoring and/or communication?
- Do applicant's services include multi-path routing in any way?

Failure to respond to a request for information is an additional ground for refusing registration. *See In re Cheezwhse.com, Inc.*, 85 USPQ2d 1917, 1919 (TTAB 2008); *In re DTI P'ship LLP* , 67 USPQ2d 1699, 1701 (TTAB 2003); TMEP §814.

**RESPONSE GUIDELINES**

For this application to proceed further, applicant must explicitly address each refusal and/or requirement raised in this Office action. If the action includes a refusal, applicant may provide arguments and/or evidence as to why the refusal should be withdrawn and the mark should register. Applicant may also have other options for responding to a refusal and should consider such options carefully. To respond to requirements and certain refusal response options, applicant should set forth in writing the required changes or statements. For more information and general tips on responding to USPTO Office actions, response options, and how to file a response online, see "Responding to Office Actions" on the USPTO's website.

If applicant does not respond to this Office action within six months of the issue/mailing date, or responds by expressly abandoning the application, the application process will end and the trademark will fail to register. See 15 U.S.C. §1062(b); 37 C.F.R. §§2.65(a), 2.68(a); TMEP §§718.01, 718.02. Additionally, the USPTO will not refund the application filing fee, which is a required processing fee. See 37 C.F.R. §§2.6(a)(1)(i)-(iv), 2.209(a); TMEP §405.04.

Where the application has been abandoned for failure to respond to an Office action, applicant's only option would be to file a timely petition to revive the application, which, if granted, would allow the application to return to active status. See 37 C.F.R. §2.66; TMEP §1714. There is a $100 fee for such petitions. See 37 C.F.R. §§2.6, 2.66(b)(1).

**TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:** Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application. See 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820. TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $50 per international class of goods and/or services. 37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04. However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone without incurring this additional fee.

> /Brittney L. Cogan/
> Examining Attorney
> Law Office 114
> 571-272-7973
> brittney.cogan@uspto.gov

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

| | |
|---|---|
| **To:** | Zandonatti, Anthony Jason (scott@griggslaw.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 87099279 - DUAL PATH - 1338.1001 |
| **Sent:** | 10/21/2016 8:55:31 PM |
| **Sent As:** | ECOM114@USPTO.GOV |
| **Attachments:** | |

## UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## **IMPORTANT NOTICE REGARDING YOUR**
## **U.S. TRADEMARK APPLICATION**

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
ON **10/21/2016** FOR U.S. APPLICATION SERIAL NO. 87099279

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) TIMELY RESPONSE IS REQUIRED:** Please carefully review the Office action to determine (1) how to respond, and (2) the applicable response time period. Your response deadline will be calculated from **10/21/2016** (*or sooner if specified in the Office action*). For information regarding response time periods, see http://www.uspto.gov/trademarks/process/status/responsetime.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions. Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System (TEAS) response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**(3) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## **WARNING**

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

# DUAL PATH



Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87099279**
**Filing Date: 07/11/2016**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87099279 |
| **MARK INFORMATION** | |
| ***MARK** | DUAL PATH |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | DUAL PATH |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | Zandonatti, Anthony Jason |
| ***STREET** | 1728 E. Evans Dr. |
| ***CITY** | Phoenix |
| ***STATE** (Required for U.S. applicants) | Arizona |
| ***COUNTRY** | United States |
| ***ZIP/POSTAL CODE** (Required for U.S. applicants) | 85022 |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | individual |
| **COUNTRY OF CITIZENSHIP** | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 038 |
| ***IDENTIFICATION** | provisioning and servicing wireless technology in the multifamily dwellings industry, namely, providing multiple user wireless access to the internet |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 01/01/2015 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 01/01/2015 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPE0-1071966213-20160711124427592190 _ webpage.pdf |
| **CONVERTED PDF FILE(S)** (1 page) | \\TICRS\EXPORT16\IMAGEOUT16\870\992\87099279\xml1\RFA0003.JPG |

| SPECIMEN DESCRIPTION | web page advertising |
|---|---|
| **ATTORNEY INFORMATION** | |
| NAME | Scott T. Griggs |
| ATTORNEY DOCKET NUMBER | 1338.1001 |
| FIRM NAME | Griggs Bergen LLP |
| INTERNAL ADDRESS | Suite 204 |
| STREET | 12900 Preston Road |
| CITY | Dallas |
| STATE | Texas |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 75230 |
| PHONE | 214.653.2400 |
| FAX | 214.653.2401 |
| EMAIL ADDRESS | scott@griggslaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Grady K. Bergen |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Scott T. Griggs |
| FIRM NAME | Griggs Bergen LLP |
| INTERNAL ADDRESS | Suite 204 |
| STREET | 12900 Preston Road |
| CITY | Dallas |
| STATE | Texas |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 75230 |
| PHONE | 214.653.2400 |
| FAX | 214.653.2401 |
| *EMAIL ADDRESS | scott@griggslaw.com;maria@griggslaw.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS RF |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| *TOTAL FEE DUE | 275 |
| *TOTAL FEE PAID | 275 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /Scott Griggs/ |
| SIGNATORY'S NAME | Scott T. Griggs |

| SIGNATORY'S POSITION | Attorney of Record, State Bar of Texas |
|---|---|
| SIGNATORY'S PHONE NUMBER | 214.653.2400 |
| DATE SIGNED | 07/11/2016 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 07/28/2016)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 87099279**
**Filing Date: 07/11/2016**

## To the Commissioner for Trademarks:

**MARK:** DUAL PATH (Standard Characters, see mark)
The literal element of the mark consists of DUAL PATH.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Anthony Jason Zandonatti, a citizen of United States, having an address of
    1728 E. Evans Dr.
    Phoenix, Arizona 85022
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 038:  provisioning and servicing wireless technology in the multifamily dwellings industry, namely, providing multiple user wireless access to the internet

In International Class 038, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 01/01/2015, and first used in commerce at least as early as 01/01/2015, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) web page advertising.

**Original PDF file:**
SPE0-1071966213-20160711124427592190 . webpage.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

The applicant's current Attorney Information:
    Scott T. Griggs and Grady K. Bergen of Griggs Bergen LLP
    Suite 204
    12900 Preston Road
    Dallas, Texas 75230
    United States
    214.653.2400(phone)
    214.653.2401(fax)
    scott@griggslaw.com (authorized)
The attorney docket/reference number is 1338.1001.
The applicant's current Correspondence Information:
    Scott T. Griggs
    Griggs Bergen LLP
    Suite 204
    12900 Preston Road
    Dallas, Texas 75230
    214.653.2400(phone)
    214.653.2401(fax)
    scott@griggslaw.com;maria@griggslaw.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to

do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Scott Griggs/   Date: 07/11/2016
Signatory's Name: Scott T. Griggs
Signatory's Position: Attorney of Record, State Bar of Texas
RAM Sale Number: 87099279
RAM Accounting Date: 07/12/2016

Serial Number: 87099279
Internet Transmission Date: Mon Jul 11 14:05:06 EDT 2016
TEAS Stamp: USPTO/BAS-XXX.XXX.X.XXX-2016071114050632
9419-87099279-550daf3513517895db94cb0cee
410d1738ef1393858c11e3750c22d7ae3ac7d6de
5-CC-357-20160711135816318081

# DUAL PATH



**DUAL PATH**

WIFI & INTERNET    SERVICES    ABOUT US    RESIDENT SUPPORT    TEAM    CONTACT

# OUR SERVICES

Dual Path offers internet connectivity through a property-wide WiFi infrastructure that is proactively managed by our U.S. based team providing technical support directly to tenants. Dual Path's offering creates value by providing an amenity that attracts and retains tenants through a superb user experience. No matter what type of facility, we can design a solution that fits your needs. Our customers include:

MULTI-DWELLING UNIT

SENIOR LIVING

STUDENT HOUSING

BUSINESS OFFICES

HOME

Exhibit B

# Have You Been Pitched by Anthony Jason (aka Anthony Zandonatti) or "Fiber Stream"?

You'll want to read this information.

https://www.linkedin.com/in/anthony-jason-91815463 - Is this the person you're dealing with? If so, see the links below.

Tucson.com Article - "Two get some jail, must pay restitution for mortgage fraud"

azag.gov (Arizona Attorney General) - "Terry Goddard Announces Indictment in Home Investment Fraud Case"

AZ Central - Tucson real-estate agents in fraud suit

Tucson News Now - Lawsuit filed against Tucson real estate agents and others

National Mortgage News - Two men from Arizona Plead Guilty to Mortgage Fraud

Anthony Jason | LinkedIn

What is LinkedIn?   Join Today   Sign In

# Anthony Jason

**171** connections

CEO at Fiber Stream
Phoenix, Arizona Area | Internet

| | |
|---|---|
| Current | Fiber Stream, Dual Path |
| Previous | Red Hot-Spot Company, RED HOT SPOT COMPANY |
| Education | University of Arizona |

## View Anthony's full profile.
## It's free!

Your colleagues, classmates, and 400 million other professionals are on LinkedIn.

**View Anthony's Full Profile**

---

## Experience

### CEO
Fiber Stream
February 2016 – Present (11 months) | Phoenix, Arizona Area

What We Do

SIMPLY STATED, WE PROVIDE INNOVATIVE INTERNET & WIFI SERVICES THAT GO REALLY FAST! We wholesale these services in bulk packages to apartments, MDU's, and business facilities; across the continental U.S.

Think Fast

Fiber Stream offers —the fastest Internet on the planet. We customize and personalize Internet packages with speeds from 10Mbps to 1Gbps and the cost is much less than you might expect!

Think Smart

Properties equipped with Fiber Streams property-wide WiFi can also take advantage of IOT (Internet of Things) such as WiFi Calling, Smart Home/Smart Buildings, Utility Grid Sensors, Video Surveillance, Live Video Chat/Conferencing and Remote Printing.

Think Easy

We believe that connecting to the Internet should be simple and enjoyable for you and your residents. We're the technology experts so you don't have to be. We handle all of the installation, maintenance and support. We help solve any technical issues—whether with our system, customer devices or with simply using the Internet.

---

### COO
Dual Path
December 2014 – Present (2 years 1 month) | Phoenix, Arizona Area



Having a superior connection to the Internet is not a luxury but a necessity! Dual Path has designed a revolutionary method to synergistically solve all the concerns and problems of the traditional internet model (e.g. COX, Time Warner, Century link etc.).

Our concept spurs from the original idea of internet, which was connecting a few people together to create a group or a local network. This original idea was then taken one step further connecting

### View this profile in another language

### Find a different Anthony Jason

First Name    Last Name   🔍

**Example:** Anthony Jason

**Anthony Jason**
Information Assurance Professional
United States

**Anthony Jason**
DIY Automotive Repair Shop
United States

**Anthony Jason**
Apprentice Marine Machinery Mechanic
United States

**Anthony Jason**
--
United States

**Anthony Ambrosino / Jason Muscarella**
SHOWFLOOR Motion Picture Set Interior Floorcovering
United States

More professionals named Anthony Jason

---

### Public profile badge

Include this LinkedIn profile on other websites

View profile badges

---

### People Also Viewed


**dentist&dentists Clinic**
" now and then "


**Matthew Sublette**
Fiber Stream CTO/Town Of Marana
Network Administrator


**Eddo Prambors**
Personal Banker di BTN Design


**Eric Markow**
President, CTO, Busboy at Dual Path


**budi srhabudin**
Business di BTN Design


**Quintin Baker**
The People Person

12/7/2016                                    Anthony Jason | LinkedIn

What is LinkedIn?   Join Today   Sign In

and free to be a group or network. Even more forgotten is that as a group or network we have
buying power, networking power and synergy.

Our idea is to bring that synergy back to your local internet environment, to bring cost savings,
security, and connectedness back to your local network. Your local network may be your office
building, or your downtown commercial center, where you shop, where you live (apartment building),
your next BIG event or even your children's school. All of this connectedness and synergy needs a
host. That's where Dual Path and the facility owner can become partners to bring back that sense
of the local network; we are not just an ISP (Internet Service Provider) "Community Internet Service
Provider"

We are calling on all facility owners NATIONWIDE to join our "Superior Wi-Fi and Internet"
movement and become a host that offers the most demanded amenity of our generation!



**Myrna Morales-Shere**
Director of Marketing at CitrusKiwi
Web Solutions LLC

   **Carl Lawrence**
Business Owner at hot spot

   **Ben Bradley**
Electronic/Embedded Designer

### Hot-Spot Specialist
Red Hot-Spot Company
November 2012 – December 2014 (2 years 2 months)





### Hire independent SaaS
### Developers like Anthony

**Post your project – It's free →**

See SaaS Developers available for hire

### HOT SPOT SPECIALIST
RED HOT SPOT COMPANY
November 2012 – December 2014 (2 years 2 months) | Phoenix, Arizona Area



Red Hot-Spot Company (Red Hot-Spot, or RHS) offers consumers and commercial customers new
ease, affordability and flexibility to access wireless internet (Wi-Fi) services in their homes,
communities, workplaces, and on-the-go. RHS brings campus-style, on-demand internet access to
group residential settings (e.g., apartments and condos) and office buildings. Red Hot-Spot is
deploying the latest in tower internet service delivery using an expanding network of service hubs
that take advantage of the decreasing cost of high-speed data capabilities and equipment; offering
customers the flexibility they demand for wireless access from the rapid growth of portable devices
such as cell phones, laptops, tablets and eReaders.

LIMITED-TIME OFFER

EARN
**50,000** AADVANTAGE®
BONUS MILES AFTER
QUALIFYING PURCHASES

CITI® / AADVANTAGE®
PLATINUM SELECT® MASTERCARD®

LEARN MORE ›

### Education

### University of Arizona
Bachelor's degree, Business Administration and Management, General
2004 – 2006



### University of Arizona
Bachelor of Business Administration (B.B.A.), Business Administration,
Management and Operations
2001 – 2005



### Skills

I am a Wi-Fi Specialist    Marketing and Advertising    Mobile Devices

Strategic Planning    Marketing    Networking    Condos    Laptops

Mobile Communications    WiFi    Start-ups    New Business Development

Management    Sales    Strategy

### Volunteer Experience & Causes

What is LinkedIn?    Join Today    Sign In

Civil Rights and Social Action
Disaster and Humanitarian Relief
Education
Health
Human Rights

## View Anthony's full profile to...

- See who you know in common
- Get introduced
- Contact **Anthony** directly

View Anthony's Full Profile

Not the Anthony you're looking for? View more

LinkedIn member directory: a b c d e f g h i j k l m n o p q r s t u v w x y z more   |   Browse members by country

© 2016  |  User Agreement  |  Privacy Policy  |  Community Guidelines  |  Cookie Policy  |  Copyright Policy  |  Unsubscribe

http://tucson.com/business/local/two-get-some-jail-must-pay-restitution-for-mortgage-fraud/article_497888df-c500-5548-ace0-4695f2871c67.html

# Two get some jail, must pay restitution for mortgage fraud

Kim Smith Arizona Daily Star   Jan 10, 2012

Two Tucson men were placed on seven years' probation and given a minimal jail sentence Monday for their part in a mortgage fraud investment scheme that led to $2.4 million in foreclosure losses.

Anthony Zandonatti and Andrew Silverstein pleaded guilty in Pima County Superior Court to conspiracy, theft, money laundering and illegally conducting an enterprise. Under the terms of their plea agreement, the men could have received up to 8.75 years in prison.

Judge Teresa Godoy sentenced Zandonatti to nine months in jail and Silverstein to 90 days in jail, saying she didn't want to hamper their ability to begin making restitution payments, the amount of which will be determined later.

The plea agreement states the men will pay restitution of no more than $1 million. If one man doesn't pay, the other will be responsible for his share.

The judge also ordered each man to perform 500 hours of community service.

FBI agents began investigating Zandonatti and Silverstein in 2009 after several consumer-fraud complaints were filed with the Arizona Attorney General's Office.

Assistant Arizona Attorney General Michael Jette told the judge Zandonatti recruited more than 75 people who couldn't qualify for home mortgages under traditional terms to sign rent-to-own contracts with him between August 2004 and July 2008. They were required to make a down payment, plus pay 10 to 15 percent premiums on top of their rent, which was to go toward the purchase.

Zandonatti and Silverstein also recruited investors to buy the Tucson homes that were to be occupied by the rent-to-own buyers. Once tenant/buyers were in the homes providing a revenue stream, the pair "repeatedly sold many of the properties at greatly inflated purchase prices" to new investors, pocketing the "artificial equity" the higher prices created, the prosecutor said.

Due to the inflated purchase prices, the renters were never able to buy their homes and were evicted, losing their rent money and down payment, and whatever they spent trying to fix up a home they thought would be their own, Jette said.

Zandonatti and Silverstein would then cycle more renters through the same homes, Jette said.

Eventually, all of the renters were forced to move out, leaving no one to pay the mortgages and forcing the lending institutions to absorb the loss, Jette wrote in court documents.

Because of the number of times the defendants sold the homes, the number of lending institutions involved and the way lenders combine mortgages, Jette told Godoy there is no way to know how much money they lost.

On Monday, Godoy heard victim after victim describe the fall-out they've experienced after trying to pursue the American Dream - they thought with the help of Zandonatti and Silverstein. She also heard from the defendants and their attorneys.

The defendants blame one another for the scheme.

Assistant Pima County Public Defender Kyle Ipson told Godoy in court documents that Zandonatti was only responsible for collecting rent and giving it to homeowners. He failed in his responsibility to the renters by not making sure mortgage payments were being made, Ipson said.

Silverstein's defense attorney, Jason Lamm, told Godoy that Silverstein was merely a real estate agent who showed pre-qualified buyers homes.

A sobbing Silverstein told Godoy he is a changed man.

While on probation, neither man will be allowed to work in a fiduciary position or incur debt without prior permission from their probation officers, Godoy said.

*Contact reporter Kim Smith at kimsmith@azstarnet.com or 573-4241.*

## Latest Local Offers

Whether you are looking for a commitment to get to the gym, interested in losing 50 pounds, or seeking motivation and someone to push you to new limits, the trainers at Ignite Fitness will meet your needs!

**Ignite Fitness**
2951 North Swan Road, # 101, Tucson, AZ 85712
☎ 520-325-5455
Currently Open



Tucson Vape Escape - www.TucsonVapeEscape.com - Shop online for premium E-Liquids!

Tucson Vape Escape

**Tucson Vape Escape**
6009 E 22nd street, Tucson, AZ 85711
☎ 520-333-4318



Riding Lessons, Horse Boarding, and More! Lucky Charm Riding Center (520) 245-3104

Welcome to Lucky Charm Riding Center at Ironwood Ranch!  We offer horseback riding lessons f...

**Lucky Charm Riding Center**
9515 North Calle Buena Vista, Tucson, AZ 85704
☎ 520-245-3104

Two get some jail, must pay restitution for mortgage fraud | Tucson Business | tucson.com

*Home* » *Media* » *Press Releases* » *Terry Goddard Announces Indictment in Home Investment Fraud Case*

# Terry Goddard Announces Indictment in Home Investment Fraud Case

(Phoenix, Ariz. - October 26, 2010) Attorney General Terry Goddard today announced the indictments of Anthony Zandonatti and Andrew Silverstein, both 33 of Tucson, on multiple criminal charges including conspiracy, fraud, theft, money laundering, and illegally conducting an enterprise.

Zandonatti and Silverstein owned and operated AZI Rent2Own L.L.C (also known as Arizona Investments and AZI), a company claiming to "specialize" in mortgage investment and rent-to-own programs. The indictment alleges that between 2006 and 2008, 25 homes were involved in either straw-buyer or investor schemes perpetuated by AZI Rent2Own, where approximately 45 lending institutions were defrauded and 31 renters were victimized. Approximately $2.9 million in foreclosure losses occurred because of the alleged result these schemes.

FBI agents began investigating both Zandonatti and Silverstein approximately one year ago when numerous consumer complaints were filed against both suspects. The FBI determined that the suspects were orchestrating an elaborate scheme which defrauded both investors and the renters of numerous homes in Pima County using straw-buyers or investors to flip the properties, many of which had been rented to tenants under a rent-to-own agreement.

This case was investigated by the Arizona Division of the FBI, and is being prosecuted by Assistant Attorney General Michael Jette.

A copy of the indictment and photos of both defendants are attached. For more information, contact Mika Marquart at (602) 542-7714, or Manny Johnson of the FBI at 602-650-3201.

🔲 Indictment

1275 West Washington Street, Phoenix, AZ 85007-2926 | Email: Contact Us | Phone: (602) 542-5025
Privacy Statement

Tucson real-estate agents in fraud suit

**Arizona Business & Money**

## Tucson real-estate agents in fraud suit

by **Catherine Reagor** - Jul. 10, 2009 12:00 AM
The Arizona Republic

A consumer fraud lawsuit has been filed against a group of Tucson real-estate agents, loan officers and real estate-related businesses accused of running a multimillion-dollar fraud scheme that led to 130 foreclosures.

The suit, filed by the Arizona Attorney General's Office, alleges the defendants concocted a sophisticated fraud scheme that used deceptive tactics to "entice underqualified, novice investors" into purchasing homes. The defendants then allegedly tried to resell those homes to rent-to-own buyers with bad credit, who the defendants knew had little chance of legally obtaining a mortgage, the lawsuit said.

"The violations alleged in this lawsuit are among the worst abuses of vulnerable consumers that I've seen in my time," Arizona Attorney General Terry Goddard said.



Defendants are:

◆◆Andrew Silverstein, former Re/Max All Executives real-estate agent.

◆◆Anthony Zandonatti, owner of AZI Rent2Own and owner of RTOSearch.com.

◆◆VinLan Ventures.

◆◆Re/Max All Executives. Vince Volpe, Re/Max All Executives.

◆◆Tucson Mortgage: William "Bill" Anastapolous, owner of Tucson Mortgage. Thomas Piazza, Tucson Mortgage loan officer. Dave Klein, former Tucson Mortgage loan originator.

◆◆WGA Enterprises LLC.

◆◆Amaury Leon, Infinity Funding loan officer.

◆◆Darren Breen, Red House Lending loan officer.

Tucson real-estate agents in fraud suit

It was a three-part scheme, according to the complaint. First, some of the real-estate agents named as defendants allegedly identified consumers who could purchase investment homes for a rent-to-own business run by other defendants.

The mortgages to buy the homes allegedly were very profitable for the mortgage brokers and loan originators involved, but the investors ended up with high-interest-rate loans with prepayment penalties and other bad terms, according to the lawsuit. More than half of the investors were induced to buy multiple properties.

The second alleged scheme involved deceiving lenders to fraudulently get mortgages. According to the complaint, defendants used deceptive practices to make sure underqualified investors would obtain loans needed to buy the homes. "Straw buyers" were given down payment money from the defendants and steered toward pre-selected loan officers.

The third part of the scheme allegedly included fraud against the people trying to purchase homes through the rent-to-own program, the lawsuit said.

According to the lawsuit, people who couldn't qualify for a mortgage were targeted and required to pay thousands of dollars toward a down payment.

Goddard aims to halt the practices and penalize $10,000 for each violation under the state's Consumer Fraud Act.

12/7/2016                                    Lawsuit filed against Tucson real estate agents and others - Tucson News Now

Contests | Health | My Tucson Home | Advertise




**49°**
Overcast
Sierra Vista


**FULL FORECAST**

Search

# PEARL HARBOR: 75TH ANNIVERSARY

# Lawsuit filed against Tucson real estate agents and others

By Barbara Grijalva - email

Tucson, AZ (KOLD) - 13 Tucson real estate professionals and businesses and others are accused of defrauding investors, lenders and rent-to-own home buyers.

Attorney General Terry Goddard says the fraud led to foreclosure notices on more than 130 homes in the Tucson area which had a substantial impact on Tucson's depressed housing market.

The defendants named in the lawsuit are:

Andrew Silverstein, former Re/Max All Executives real estate agent,

Anthony Zandonatti, owner of AZI Rent2Own and owner of RTOSearch.com,

AZI Rent2Own, LLC (d.b.a. Arizona Investments),

RTOSearch.com,

VinLan Ventures, LLC (d.b.a. Re/Max All Executives),

Vince Volpe, designated broker of Re/Max All Executives,

Tucson Mortgage, LLC (d.b.a.Tucson Mortgage),

William "Bill" Anastapolous, owner of Tucson Mortgage,

WGA Enterprises, LLC,

Thomas Piazza, Tucson Mortgage loan officer,

Amaury Leon, Infinity Funding loan officer,

Darren Breen, Red House Lending loan officer,

Dave Klein, former Tucson Mortgage loan originator.

"We're alleging in this complaint that they violated the Arizona Consumer Fraud Act, that they made representations to consumers that were not, in fact, valid, and that they have profited from that," Arizona Attorney General Terry Goddard said at a news conference in Tucson on Thursday.

The Attorney General's office says it's a complicated case, with many victims, including vulnerable investors.

"We've alleged that there was the offer of a false worry-free investment which sucked in novice real estate investors,"Assistant Attorney General Vince Rabago says.

Rabago says some of those novice investors ended up owning half a dozen houses, in a month's time.

"We had investors that, in the course of a month or six weeks, would go from working a low wage job, or maybe a job as a serviceman, and end up owning four to six homes in the course of one month...becoming a mini real estate empire that ultimately crumbled because these offers of rent-to-own ownership were aimed at people who could not qualify," Rabago says.

He says lenders also were victims, but he says the most vulnerable victims were rent-to-own home buyers who were supposed to buy the homes the investors had put their money into.

But Rabago alleges the rent-to-own buyers did not qualify and could not qualify to buy the home.

"And when that happened the novice real estate investors--many went into foreclosure because they would lose a tenant who couldn't qualify and who then became evicted," he says.

The attorney general says those rent-to-own home buyers also had invested money.

"And they were taken advantage of to an extraordinary degree. They paid literally thousands of dollars and ended up with nothing, thinking they were building equity in a house," Goddard says.

12/7/2016                                    Lawsuit filed against Tucson real estate agents and others - Tucson News Now

The lawsuit says "Defendants (Andrew) Silverstein and (Anthony) Zandonatti were the key individuals who orchestrated the investment scheme."

Rabago alleges there are at least two defendants still engaged in fraudulent activity.

"The continuing conduct that we've alleged includes Mr. Anthony Zandonatti, defendant, as well as RTOSearch.com," he says.

Rabago says that includes companies linked to RTOSearch.com, which are Arizona Investments and AZI Rent2Own.

Rabago says Zandonatti is not a licensed real estate agent, and related to that, the attorney general's office alleges Zandonatti is "obtaining fractional interest in people's properties in order to be able to advertise those properties for sale, which we believe is both deceptive and fraudulent."

I spoke with Anthony Zandonatti's attorney, Scott Gibson, on the telephone.

He told me he read the complaint.

Gibson said, "It appears what they've done is they've included Mr. Zandonatti and his business in with a licensed realtor and a licensed mortgage company and he has nothing to do with those.  He was simply a service company putting renters together with property owners, same as the classified ads."

We also talked with Vince Volpe of Re/Max All Executives.

He said his company is cooperating with the attorney general's office and the investigation.

Attorney General Goddard says there more defendants could be added to the lawsuit.

When he was asked if criminal charges would be filed in this case, Goddard said he could not comment on that at this time.

## RECOMMENDED STORIES

*Recommended by*



New program puts Tucson's homeless to work



Arizona's smartest homeowners are doing this
*Sponsored | Save with SRP*



Overnight shooting outside Ranch Market leaves 1 man dead



Brad Pitt's Fortune Revealed In Divorce, Everyone Is In Disbelief
*Sponsored | Major 10*



Ever look yourself up? This new site is addicting, enter your name
*Sponsored | TruthFinder*



Woman caught on camera vandalizing car for 6 hours



Learn How You Can Earn Plenti Points Every Time You Fuel Up.
*Sponsored | Exxon Plenti*



Vehicle falls off I-10, lands on I-17 at the Stack

## PROMOTED STORIES

Social Security Changes in 2017 *AARP*

Cop Rescues Girl From Burning Building. Fate Reunites Them After 18 Years… *TickleFeeds*

Do Your Homework Before You See the Doctor *Amberter*

Jaw-Dropping Credit Cards With No Annual Fee *Credit Cards*

Homeowners Must Claim their $4271 Before End of 2016. *FetchRate*

## WE RECOMMEND

Pima Street has reopened, Country Club remains closed after vehicle into building

Mother arrested after child brings used syringe to middle school

Children found covered in feces in 'hell hole' apartment

Students sickened by allegedly laced gummy bears

This House is a Mystery

*Recommended by*

## IN THE NEWS

Can't Find Something?    SEARCH FOR IT HERE          SEARCH

**KOLD**                  **KMSB**                    **KTTU**                              7831 N. Business Park Drive
FCC Public File           FCC Public File             FCC Public File                                         Tucson, AZ 85743
nulmer@tucsonnewsnow.com  rengberg@kmsb.com           rengberg@kmsb.com                                       (520) 744-1313
(520) 744-1313            (520) 770-5442              (520) 770-5442
EEO Report                EEO Report                  EEO Report
Closed Captioning         Closed Captioning           Closed Captioning

NEWS      WEATHER      SPORTS      VIDEO   TV      COMMUNITY      ABOUT US      CONTESTS      HEALTH      MARKETPLACE

ARIZONA NEWS NOW

All content © Copyright 2000 - 2016 Raycom Media. All Rights Reserved. For more information on this site, please read our Privacy Policy, and Terms of Service, and Ad Choices.

12/7/2016        National Mortgage News - Short Sale Fraud Expected to Increase by 25% This Year

# National Mortgage News

LEGAL CORNER

## Short Sale Fraud Expected to Increase by 25% This Year



By Herman Thordsen
June 27, 2011

### FACTS

Short sale fraud is estimated to rise by 25% in this year of 2011. **Unnecessary** losses related to risky short sales are approximately $375 million annually **according to CoreLogic. Tim Grace, senior vice president at CoreLogic, said** it is common for a limited liability company to negotiate a short sale with the bank and have a buyer ready to purchase the same property simultaneously to this closing for approximately 30% more than the rate agreed upon by both the seller and the bank.

CoreLogic estimates that one out of every 52 short sales is suspicious of this type of fraud. The most commons states for this fraud are California, Arizona, Florida and Nevada.

To prevent short sale fraud from occurring, the mortgage holders should review all the necessary documentation to complete a short sale carefully and especially all the disclosures to resell the property at a higher price. The borrower should make they are not aware of any other parties or contracts who may be associated with the property to ensure there is not another transaction arranged to take place. Additionally, an affidavit should be obtained from the listing and selling agents and brokers for the agents that they are neither aware of, nor taking part in any potential resale of the property and are not aware of any side agreements to resell the property by the purchaser at the short sale. Have the buyer make a specific representation that the property is intended to be held for a minimum amount of time and/or occupied by the purchaser and there is no intention to sell the property for a minimum time of say at least three to six months. This gives the mortgage holder "ammunition" to sue and possibly file criminal charges for bank fraud.

CoreLogic has a tool called the short sale monitoring solution that helps lenders detect short sale fraudsters before the short sale transaction is approved. The tool provides alerts to lenders if there appears to be a second prospective sale brewing on a property during the short sale process. If it appears there is another sale in the works, this is an indication to a lender that there might be an arranged flip. Participating lenders can receive a notification from CoreLogic if the property was flipped after they short sold the property. If the flip was contrary to any agreements signed during the short sale, the lender may have recourse to sue for breach of contract, fraud, or other causes of action against the selling broker and buyer at the short sale. *(nmn62011)*

### MORAL

Although totally illegal and criminal in California there have been reported cases of collusion among bidders at foreclosure sales not to bid against each other so property has a deliberate deflated price and then rebid among themselves later at a private meeting. Additionally, there have been news reports of bidders being frightened off at foreclosure sales by others to keep the bidding artificially deflated.

### TWO MEN FROM ARIZONA PLEAD GUILTY TO MORTGAGE FRAUD

### FACTS

On June 14, **Anthony Zandonatti and Andrew Silverstein, and both from Tucson, pleaded guilty** to four felony charges **in** Pima County Superior Court to conspiracy, theft, money laundering and illegally conducting an enterprise. They were both accused of running a mortgage-fraud investment scheme that led to $2.9 million in foreclosure losses by lenders and prospective buyers. The plea agreement states the men will pay restitution of no more than $1 million. If one man doesn't pay, the other will be responsible for his share.

**Judge Teresa Godoy could** place the men on probation or send them to prison for two to 8.75 years. If they are placed on probation and later violate it, they could receive a maximum prison sentence of 25 years. **Sentencing will be in early October 2011.**

Zandonatti and Silverstein owned and operated **AZI Rent2Own LLC**, which claimed to specialize in mortgage investment and rent-to-own programs.

Between August 2004 and July 2008 the men recruited investors to purchase homes Silverstein was familiar with through his job as a real estate agent. Silverstein said he used his job to recruit financially unqualified investors to buy the homes, and then lied to lenders about the buyers' income and finances.

In his statement, Zandonatti said he would then act as a residential rental agent offering the property on a rent-to-own basis to prospective buyers. He admitted misrepresenting the terms of rental/purchase agreements to them.

The pair said they would have renters sign a one-year renters agreement and purchase agreement, but not tell them that Zandonatti and Silverstein didn't own the homes. Zandonatti and Silverstein would collect down-payments and rent and pocket the money. They would then flip the homes using straw buyers without telling the straw buyers, and/or investors and/or renters about the other's financial interest in the property, according to the indictment. Most of the 25 homes involved went into foreclosure because of the lack of mortgage payments.  About 45 lending institutions and 31 renters were victimized.

Both men were named in a 46-count indictment in October charging them with conspiracy, fraud, theft, money laundering and illegally conducting an enterprise. Former Arizona Attorney General Terry Goddard filed a civil-fraud lawsuit against Silverstein, Zandonatti and several other defendants in July 2009. Silverstein reached a $120,000 settlement with the state in March 2010.

Judge Godoy told the men the restitution they pay will go to individuals, as the financial institutions have already been compensated.  *(azdlystr61511)*

### MORAL

Rent to own is a little different than the normal mortgage fraud. But to our Arizona clients, I suggest you check when or if you get loan applications to verify purpose. Remember, the FDIC is and has been for over one year sending letters, subpoenas and filing lawsuits to recover money from wholesale lenders and many brokers.

### FEDERAL INVESTIGATORS STILL GOING "HOT AND HEAVY" ON MORTGAGE FRAUD CASES

### FACTS






© 2016 SourceMedia. All rights reserved.